LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JULIE BREWSTER O/B/O J.B.,  )<br>)<br>   Plaintiff,             )<br>)<br>   v.                        )<br>)<br>MICHAEL J. ASTRUE,     )<br>Commissioner Of Social Security, )<br>)<br>   Defendant.         )| No.  EDCV 10-0099 AGR<br><br>__ORDER AWARDING EAJA FEES__ |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED AND FIFTY DOLLARS AND 00/100 ($3,350.00) subject to the terms of the stipulation.

DATE:  September 21, 2011_____

           HON. ALICIA G. ROSENBERG
           UNITED STATES MAGISTRATE JUDGE

-1-