1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                       UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 JULIE BREWSTER O/B/O J.B.,        )   No.  EDCV 10-0099 AGR
11                                   )
       Plaintiff,                    )   ORDER AWARDING EAJA FEES
12                                   )
13     v.                            )
                                     )
14                                   )
   MICHAEL J. ASTRUE,                )
15 Commissioner Of Social Security,  )
16                                   )
       Defendant.                    )
17 _____

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19      IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20 THOUSAND THREE HUNDRED AND FIFTY DOLLARS AND 00/100 ($3,350.00)
21 subject to the terms of the stipulation.
22
23      DATE:  September 21, 2011_____

24                       HON. ALICIA G. ROSENBERG
25                       UNITED STATES MAGISTRATE JUDGE

-1-